UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-24920-CV-WILLIAMS

FANATICS, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 45) ("***Report***") on Plaintiff's Motion for Entry of Default Final Judgment against Defendants (DE 43) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be granted, and that the Court award Plaintiff $100,000 in statutory damages and issue a permanent injunction against Defendants. (DE 45 at 20–21.) Specifically, Judge Goodman finds that Plaintiff sufficiently alleged that "(1) Plaintiff's ownership of the Fanatics Marks preceded Defendants' infringement; (2) Defendants are selling, offering for sale, and marketing products using the Fanatics Marks without Plaintiff's consent or authorization; and (3) the marks used in connection with the products . . . are so similar to Plaintiff's Fanatics Marks [such] that they are likely to cause consumer confusion." (*Id*. at 12.) The Report further concludes that "Plaintiff has shown entitlement to permanent injunctive relief," and that Plaintiff's allegations form a legitimate basis to conclude that "the infringement in th[is] case was

willful," entitling Plaintiff to enhanced statutory damages under the Lanham Act. (*Id.* at 18, 20.) No objections were filed to the Report, and the time to object has passed. Upon a careful review of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Goodman's Report (DE 45) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion (DE 43) is **GRANTED**.
3. The Court will separately issue a default final judgment.
4. The Clerk of Court is directed to **CLOSE** this case. All pending motions are **DENIED AS MOOT**. All hearings and deadlines are **CANCELED**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 30th day of May, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE